IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. CROSS, et al.,<br><br>　　　　　Defendants. | No. 2:22-CV-1464-TLN-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a civil detainee proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 5. Plaintiff's complaint, and service thereof by the United States Marshal if appropriate, will be addressed separately.

　　　　Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that Plaintiff is unable to prepay fees and costs or give security therefor.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 5, is granted.

Dated: October 3, 2022

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1