IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON HILL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. CROSS, et al.,<br><br>　　　　Defendants. | No.  2:22-CV-1464-TLN-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a civil detainee proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' motion, ECF No. 21, to opt out of the Court's Early Alternative Dispute Resolution (ADR) Program.  Good cause appearing therefor, Defendants' motion is granted.  The Early ADR stay of proceedings is lifted.  By separate order, the Court will set an initial schedule for this litigation.

　　　　IT IS SO ORDERED.

Dated:  April 13, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1