IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CYMEYON HILL,**<br><br>                              Plaintiff,<br><br>         v.<br><br>**R. CROSS, et al.,**<br><br>                              Defendants. | Case No. 2:22-cv-01464 TLN DMC P<br><br>**ORDER** |

   Good cause appearing, Defendants' motion to modify the scheduling order in this case to stay discovery will be granted.  The schedule for this litigation is vacated pending final resolution by the District Judge of Defendants' motion to dismiss, which the undersigned has recommended be granted. The parties shall not serve, nor are the parties under an obligation to respond to, any discovery requests served until such time as the Court re-sets a schedule.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion, ECF No. 29, is GRANTED.

2. The schedule for this case is VACATED pending resolution of Defendants' motion to dismiss.

Dated:  October 23, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE