**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYMEYON HILL, <br><br> Plaintiff, <br><br> v. <br><br> R. CROSS, et al. <br><br> Defendants. | No. 2:22-CV-1464-TLN-DMC <br><br><br> **ORDER** |

Plaintiff, a civil detainee proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On October 18, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed October 18, 2023 (ECF No. 30) are adopted in full;
2. Defendants' motion to dismiss (ECF No. 26) is GRANTED;
3. This action is DISMISSED pursuant 28 U.S.C. § 1915(e)(2)(A); and
4. The Clerk of the Court is directed to close this case.

Date:  December 19, 2023

_____
Troy L. Nunley
United States District Judge